■ In the Matter of JEREMY A. McNEIL, Appellant, v MI-CHAEL DEERING et al., Respondents. (Appeal No. 5.) [992 NYS2d 661]—Appeal from an order of the Family Court, Jefferson County (Peter A. Schwerzmann, A.J.), entered June 18, 2013 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition for modification of custody.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of McNeil v Deering* ([appeal No. 1] 120 AD3d 1581 [2014]). Present—Scudder, P.J., Centra, Carni, Lindley and Whalen, JJ.